**DISMISS and Opinion Filed March 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01588-CV

### ALLIED BUILDERS, INC., Appellant
### V.
### PAVE MASTERS, INC., Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-05975**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Brown
Opinion by Justice Bridges

Philip Ogbolu is the owner of Allied Builders, Inc., appellant. Mr. Ogbolu, a non-attorney, filed the notice of appeal on behalf of Allied Builders. In a letter dated January 22, 2015, the Court informed Mr. Ogbolu that he could not represent Allied Builders because corporations may appear in court and be represented only by a licensed attorney. *See* TEX. R. CIV. P. 7; *Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). We instructed Mr. Ogbolu to provide this Court, by February 20, 2015, with the name, State Bar number, address, and telephone number of new counsel and cautioned him that failure to do so may result in dismissal of the appeal without further notice. In this letter, the Court also questioned its jurisdiction over the appeal because it appeared the notice of appeal was untimely. Without a timely notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP.

P. 25.1(b). The Court instructed Allied Builders that, assuming it hired counsel, counsel was to address the jurisdictional issue in a letter brief.

Mr. Ogbolu filed a response detailing his unsuccessful efforts to hire new counsel. He then requested this Court to provide him with counsel. This Court does not appoint counsel.

Regarding this Court's jurisdiction, the trial court signed the judgment on August 25, 2014. Allied Builders filed a timely motion for new trial on September 24, 2014. Accordingly, the notice of appeal was due on November 23, 2014, ninety days after the date the judgment was signed. *See* TEX. R. APP. P. 26.1(a). Allied Builders filed its notice of appeal on December 22, 2014, twenty-nine days past the due date.

As a corporation, Allied Builders must have a licensed attorney representing it. *See Kunstoplast of Am.*, 937 S.W.2d at 456. After being given an opportunity to hire counsel, Allied Builders has failed to do so. Additionally, Allied Builders failed to timely file a notice of appeal. For these reasons, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a) & (c).

141588F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALLIED BUILDERS, INC., Appellant

No. 05-14-01588-CV     V.

PAVE MASTERS, INC., Appellee

On Appeal from the 44th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DC-11-05975.
Opinion delivered by Justice Bridges.
Justices Fillmore and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee PAVE MASTERS, INC. recover its costs of this appeal from appellant ALLIED BUILDERS, INC..

Judgment entered March 3, 2015.